BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration
THEOPHOUS H. REAGANS, CSBN 189450
Special Assistant United States Attorney

    160 Spear Street, Ste. 800
    San Francisco, CA 94105
    Telephone: (415) 977-8938
    Facsimile: (415) 744-0134
    Email: theophous.reagans@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY A. CABRAL,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No.  2:14-CV-00963-KJN<br><br>STIPULATION TO EXTEND<br>BRIEFING SCHEDULE |

      The parties stipulate and agree, subject to the Court's approval, that the time for Defendant to file a Cross-Motion for Summary Judgment be extended from JANUARY 7, 2015 to FEBRUARY 7, 2015.  This stipulation is necessary because Defendant's Counsel has a backlog of cases due in part to his absence from the office both for leave

and illness.  Additionally, Defendant's counsel is litigating and overseeing several

bankruptcy adversary proceedings.  Defendant's counsel needs additional time to review

this case and to prepare a response.  This is Defendant's first request for an extension.

The parties request this extension in good faith, with no intent to prolong

proceedings unduly.  Defendant apologizes for any inconvenience caused by this delay.


Dated: JANUARY 6, 2015                  */s/  Steven G. Rosales*
                                        (email authorization)
                                        STEVEN G. ROSALES
                                        Attorney for Plaintiff


Dated: JANUARY 6, 2015                  BENJAMIN B. WAGNER
                                        United States Attorney
                                        THEOPHOUS H. REAGANS



                                 By:    */s/ Theophous H. Reagans*
                                        THEOPHOUS H. REAGANS
                                        Special Assistant United States Attorney
                                        Attorneys for Defendant



**ORDER**


        APPROVED AND SO ORDERED.  Additionally, any reply brief shall be due no later than

21 days after the filing of the Commissioner's cross-motion for summary judgment.

Dated:  January 8, 2015


                                        _____
                                        KENDALL J. NEWMAN
                                        UNITED STATES MAGISTRATE JUDGE