BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration
THEOPHOUS H. REAGANS, CSBN 189450
Special Assistant United States Attorney

   160 Spear Street, Ste. 800
   San Francisco, CA 94105
   Telephone: (415) 977-8938
   Facsimile: (415) 744-0134
   Email: theophous.reagans@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY A. CABRAL,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | No. 2:14-CV-00963-KJN<br><br>ORDER RE STIPULATION TO EXTEND BRIEFING SCHEDULE |

    The parties stipulate and agree, subject to the Court's approval, that the time for Defendant to file a Cross-Motion for Summary Judgment be extended from FEBRUARY 7, 2015 to FEBRUARY 21, 2015. This stipulation is necessary because Defendant's Counsel has a backlog of cases due to illness. The parties request this

-1-

1  extension in good faith, with no intent to prolong proceedings unduly.  Defendant
2  apologizes for any inconvenience caused by this delay.

4  Dated: FEBRUARY 6, 2015          /s/ Steven G. Rosales
                                    (email authorization)
5                                   STEVEN G. ROSALES
6                                   Attorney for Plaintiff

8  Dated: FEBRUARY 6, 2015          BENJAMIN B. WAGNER
                                    United States Attorney
9                                   THEOPHOUS H. REAGANS

12                         By:      /s/ Theophous H. Reagans
13                                  THEOPHOUS H. REAGANS
                                    Special Assistant United States Attorney
14                                  Attorneys for Defendant

17 **ORDER**

19     APPROVED AND SO ORDERED.  Additionally, any reply brief shall be due no later than
20 21 days after the filing of the Commissioner's cross-motion for summary judgment.

22 Dated:  February 6, 2015

                                    _____
                                    KENDALL J. NEWMAN
                                    UNITED STATES MAGISTRATE JUDGE